UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.A.A.,

Petitioner,

-against-

KENNETH GENALO, in his official capacity as Field Office Director, New York City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office of Immigration Review; and MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,

Respondents.

26-CV-10203 (VEC)

ORDER TO ANSWER,
28 U.S.C. § 2241

VALERIE CAPRONI, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that **not later than Monday, November 23, 2026, at 12:00 p.m.,** Respondents shall file a letter with the following information:

a. whether Petitioner was located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391–92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioner's A-number and current place of detention;

c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d. whether there is (1) any reason *Ricardo Aparecido Barbosa da Cunha v. Joseph E. Freden*, No. 25-3141 (2d Cir. Apr. 28, 2026), does not govern this case or (2) any basis to distinguish this case from *Quispe-Sulcaray v. Noem et al.*, No. 25-CV-9908 (VEC), or *Pastuna Pastuna v. Francis et al.*, No. 26-CV-398 (VEC). If not,

whether Respondents would consent to issuance of the writ, subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish this case, whether Respondents waive the right to submit an answer and consent to issuance of the writ, subject to preservation of Respondents' arguments for appeal;

e. a copy of any final order of removal; and

f. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

The Parties are ordered to appear for a conference before the Court in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 on **Monday, November 23, 2026, at 2:30 p.m.** Alternatively, the Parties may jointly propose a schedule for Respondents' answer and Petitioner's reply and, if there are no additional matters that the Parties wish to discuss in-person with the Court, then the Court will cancel the conference.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a

*habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

**SO ORDERED.**

**Dated: November 20, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**